# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jesus Sanchez Sanchez,

Petitioner,

v.

Carla Hacker Agnew, et al.,

Respondents.

No. CV-18-00518-PHX-DLR

**ORDER**

Before the Court is Petitioner Jesus Sanchez Sanchez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and United States Magistrate Judge Deborah M. Fine's Report and Recommendation ("R&R"). (Docs. 1, 14.) The R&R recommends that the Petition be denied and dismissed, and no certificate of appealability be issued because dismissal is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Petitioner did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate

judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and deny the Petition and dismiss. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Fine's R&R (Doc. 14) is **ACCEPTED**. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1.) is **DISMISSED**. The Clerk of the Court shall terminate this case.

Having considered the issuance of a Certificate of Appealability from the order denying Petitioner's Petition for a Writ of Habeas Corpus, a Certificate of Appealability is denied because dismissal of the Petition is justified by a plain procedural bar.

Dated this 16th day of October, 2018.

Douglas L. Rayes
United States District Judge